# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIF AZMI ELTAWIL,<br><br>Petitioner,<br><br>v.<br><br>BRYAN D. PHILLIPS, Acting Warden,<br><br>Respondent. | Case No. 8:23-cv-00489-FWS-PVC<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: July 10, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE